COMMONWEALTH of Pennsylvania, Respondent

v.

Michael Lee NISSLEY, Petitioner

No. 142 MAL 2017

Supreme Court of Pennsylvania.

July 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Wecht did not participate in the consideration or decision of this matter.

COMMONWEALTH of Pennsylvania, Respondent

v.

Calvin Jamar HILL–GAMBLE, Petitioner

No. 115 MAL 2017

Supreme Court of Pennsylvania.

July 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

Eleanor YALE (Account of Frank Yale), Petitioner

v.

STATE EMPLOYEES' RETIREMENT SYSTEM (SERS), Respondent

No. 101 MAL 2017

Supreme Court of Pennsylvania.

July 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**